

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2020

No. 04-20-00451-CV

**IN RE** Christopher J. **ORTEGON**
Original Mandamus Proceeding[1]

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
              Luz Elena D. Chapa, Justice
              Beth Watkins, Justice

On September 11, 2020, relator filed a petition for writ of mandamus. The petition violates Texas Rule of Appellate Procedure 9.9 in that the appendix to the petition includes sensitive data, specifically the birth date and name of a person who was a minor when the underlying suit was filed, and such data has not been redacted. *See* TEX. R. APP. P. 9.9(a)(3). The petition also does not comply with Texas Rules of Appellate Procedure 52.3(j) and 52.7(a)(2).

We therefore ORDER that relator's petition is STRICKEN and relator is ORDERED to file, no later than October 5, 2020, (1) an amended petition for writ of mandamus in compliance with Texas Rule of Appellate Procedure 9.9(a)(3) and (2) relator's certification under Rule 52.3(j) and a properly authenticated transcript of any relevant hearing or statement as required under Rule 52.7(a)(2).

It is so **ORDERED** September 24, 2020.

**PER CURIAM**

ATTESTED TO: _____
                    MICHAEL A. CRUZ,
                    CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2017-CI-11725, styled *In the Interest of M.U.C.D.O., A Minor Child*, pending in the 73rd Judicial District Court, Bexar County, Texas. The Honorable Antonia Arteaga signed the order at issue in this original proceeding.